```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

LIBBY HENDON, LAURA MATTINGLY,
and JAMES BURKART                                     PLAINTIFFS

VS.                          CIVIL ACTION NO. 5:07-cv-185(DCB)(JMR)

REAR ADMIRAL JOEL R. WHITEHEAD,
UNITED STATES COAST GUARD                              DEFENDANT

                        ORDER OF DISMISSAL

   This cause is before the Court <u>sua sponte</u> and on the Order to Show Cause entered March 7, 2008.  The plaintiffs were ordered to show cause why this matter should not be dismissed for failure to prosecute and/or effectuate service of process on the defendant pursuant to Fed.R.Civ.P. 4.  More than six months have passed since the filing of the complaint without any action having been taken by the plaintiffs, and the plaintiffs have failed to respond to the show cause order.  Accordingly,

   IT IS HEREBY ORDERED that this action is dismissed without prejudice.

   SO ORDERED, this the   9th   day of April, 2008.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE